UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JAMES TOBIN,<br><br>      Defendant. | Cr. No. 04-216-01-SM |

**GOVERNMENT'S WITNESS LIST**

The government presently intends to call the following witnesses during its case-in-chief at trial:

1. Patrick Garrity
2. Jeff Duval
3. Mark Pelletier
4. Charles McGee
5. Allen Raymond
6. Chris Cupit
7. Rusty Clayburn
8. Lee LeBlanc
9. Ray Buckley
10. Jane Clemmons
11. Nate Bruggeman
12. Aaron Saunders
13. Mike Palamuso
14. Kinsey Casey
15. Elizabeth Reder
16. Tracey Flaherty

17. Cathleen Fuller
18. Darryl Henry
19. John Dowd
20. Jayne (Marcucci) Millerick
21. D. Jeffrey Newman
22. Kristy Stewart
23. Mark Pappas
24. Chris Wood
25. Terry Nelson
26. Chris Lacivita
27. Records Custodians for the Republican National Committee, the National

Republican Senatorial Committee, The DCI Group, Ltd., Verizon, Verizon Wireless,

Citizens Bank, US Cellular, and American Long Lines.

Dated: November 29, 2005       Respectfully submitted,

  /s/ Andrew Levchuk
ANDREW LEVCHUK
LILY N. CHINN
United States Department of Justice
Criminal Division
Computer Crime & Intellectual Property Section
(202) 353-3622

NICHOLAS A. MARSH
United States Department of Justice
Public Integrity Section
(202) 305-7747

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of November, 2005, the foregoing was filed with the Court through the ECF system and that service will be made electronically on this day to Counsel for Defendant, Dennis M. Black, Esq., of Williams & Connolly LLP, and Brian T. Tucker, Esq. of Rath, Young and Pignatelli.

                                       /s/Andrew Levchuk
                                       Andrew Levchuk