U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 2 2005

FILED

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES TOBIN, )<br>)<br>Defendant. )<br> ) | Cr. No. 04-216-01-SM |

## GOVERNMENT'S WITNESS LIST

The government presently intends to call the following witnesses during its case-in-chief at trial:

1. Patrick Garrity
2. Jeff Duval ✓ 12-6-05
3. Mark Pelletier ✓ 12-6-05
4. Charles McGee ✓ 12-6-05, 12-7-05
5. Allen Raymond ✓ 12-7-05
6. Chris Cupit
7. Rusty Clayburn
8. Lee LeBlanc
9. Ray Buckley
10. Jane Clemmons ✓ 12-8-05
11. Nate Bruggeman ✓ 12-8-05
12. Aaron Saunders
13. Mike Palamuso ✓ 12-8-05
14. Kinsey Casey ✓ 12-8-05
15. Elizabeth Reder
16. Tracey Flaherty ✓ 12-8-05

Brian Maillet ✓ 12-8-05
Joanne McCabe-Morris ✓ 12-8-05

17. Cathleen Fuller
18. Darryl Henry
19. John Dowd
20. Jayne (Marcucci) Millerick
21. D. Jeffrey Newman
22. Kristy Stewart
23. Mark Pappas
24. Chris Wood
25. Terry Nelson
26. Chris Lacivita
27. Records Custodians for the Republican National Committee, the National

Republican Senatorial Committee, The DCI Group, Ltd., Verizon, Verizon Wireless,

Citizens Bank, US Cellular, and American Long Lines.

Dated: November 29, 2005         Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Andrew Levchuk
　　　　　　　　　　　　　　　　ANDREW LEVCHUK
　　　　　　　　　　　　　　　　LILY N. CHINN
　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　Criminal Division
　　　　　　　　　　　　　　　　Computer Crime & Intellectual Property
　　　　　　　　　　　　　　　　Section
　　　　　　　　　　　　　　　　(202) 353-3622

　　　　　　　　　　　　　　　　NICHOLAS A. MARSH
　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　Public Integrity Section
　　　　　　　　　　　　　　　　(202) 305-7747

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of November, 2005, the foregoing was filed with the Court through the ECF system and that service will be made electronically on this day to Counsel for Defendant, Dennis M. Black, Esq., of Williams & Connolly LLP, and Brian T. Tucker, Esq. of Rath, Young and Pignatelli.

                                                              /s/Andrew Levchuk  
                                                             Andrew Levchuk