# United States Court of Appeals
## For the First Circuit

USDC-NH
U.S. DISTRICT COURT
DISTRICT OF NH 04-00216-NH
FILED

2007 MAR 30 A 10:00

No. 06-1883

UNITED STATES OF AMERICA,

Appellee,

v.

JAMES TOBIN,

Defendant, Appellant.

**JUDGMENT**

Entered: March 21, 2007

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 3/21/2007

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of conviction and sentence is reversed, and the case is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:

**RICHARD CUSHING DONOVAN**

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Steven J. McAuliffe and Mr. James Starr, Clerk, United States District Court for New Hampshire. Copies to Mr. Levchuk, Ms. Chinn, Mr. Marsh, Mr. Nucci, Ms, Stansell-Gamm, Mr. Bondi, Mr. Butswinkas, Mr. Black, Mr. Romero, Ms. Shanahan, & Mr. Kester.]